# ALLOCATION OF SETTLEMENT PROCEEDS

| | |
|---|---|
| Total Settlement | $700,000.00 |
| Proposed Attorneys' Fees @ 27.5% | $192,500.00 |
| Balance for Plaintiffs | $507,500.00 |

| | Amount Owed Based on % Of Total Claims |
|---|---|
| 1. Oscar Riveras | $45,204.58 |
| 2. Benjamin Dominguez | $33,877.26 |
| 3. Vincente Acevedo | $49,127.29 |
| 4. Daniel Garcia | $61,904.32 |
| 5. Richard Gonzalez | $31,983.85 |
| 6. Laureano Arenas | $17,045.01 |
| 7. Victor Casco | $31,241.03 |
| 8. Valentin Xochipiletcatl | $16,975.31 |
| 9. Francisco Morales | $53,425.22 |
| 10. Pablo Cortes | $18,402.25 |
| 11. Champale Rivera | $11,580.58 |
| 12. Conrado Sanchez | $35,645.34 |
| 13. Flora Sanchez | $12,331.34 |
| 14. Gabriel Gomez | $8,752.38 |
| 15. Aaaron Martinez | $35,332.63 |
| 16. Luis Valencia | $39,274.44 |
| 17. Jhovanny Talamantes | $5,397.18 |