✗ ~~Exhibit A~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSCAR FERNANDO RIVERAS, and BENJAMIN DOMINGUEZ, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

BILBOA REST. CORP. d/b/a/ FRANCISCO'S CENTRO VASCO, FRANCISCO QUINTANS, JAVIER QUINTANS, FRANKLIN JIMINEZ, and ALBERTO PEREZ,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-14-2018

Case No.: 17 Civ. 4430 (LTS)(BM)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**WHEREAS**, the Plaintiffs filed a Complaint that asserted claims for, *inter alia*, various wage and hour unpaid minimum wages and overtime pay under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") and the New York Labor Law;

**WHEREAS**, the Plaintiffs and Defendants Bilboa Rest. Corp. and Javier Quintans have reached a settlement of Plaintiffs' claims against the Defendants through arms-length negotiations and have entered into a Settlement Agreement (the "Agreement"), formally memorializing their settlement;

**WHEREAS**, the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, *inter alia*, a bona fide dispute over a provision or provisions of the FLSA and/or time worked; and

**WHEREAS**, this Court shall retain jurisdiction to enforce the terms of this Agreement;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

counsel for the Plaintiffs and the Defendants, that Plaintiffs claims against the Defendants are hereby dismissed and discontinued in their entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure

| LAW OFFICES OF WILLIAM CAFARO | OVED & OVED LLP |
|---|---|
| By: /s/ | By: /s/ |
| Louis M. Leon, Esq. | Andrew J. Urgenson, Esq. |
| 108 West 39th Street, Suite 602 | 401 Greenwich Street |
| New York, New York 10018 | New York, New York 10013 |
| Tel: 212.583.7400 | Tel: 212.226.2376 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| ~~October~~ 15, 2018 november | ~~October~~ , 2018 November 15 |

SO ORDERED

/s/  12/14/18

United States District Judge